Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Arizona
Phoenix Division

FILED ___ LODGED
RECEIVED ___ COPY
SEP 1 6 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Elizabeth M. Petculescu )
)
)  Case No. CV-21-1596-PHX-JAT
)          (to be filled in by the Clerk's Office)
)
**Plaintiff(s)** )
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* )  Jury Trial: *(check one)* ☑ Yes ☐ No
)
)
-v- )
)
Harry and David, LLC d/b/a Harry & David )
)
)
)
)
**Defendant(s)** )
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Elizabeth M. Petculescu |
   | Street Address | 44919 N. 16th St. |
   | City and County | New River   Maricopa County |
   | State and Zip Code | Arizona 85087 |
   | Telephone Number | 309-258-9132 |
   | E-mail Address | busbuus@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Harry and David, LLC d/b/a Harry & David |
| Job or Title *(if known)* | |
| Street Address | 2500 South Pacific Highway |
| City and County | Medford   Jackson County |
| State and Zip Code | Oregon 97501 |
| Telephone Number | 1-877-322-1200 |
| E-mail Address *(if known)* | service@harryanddavid.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Elizabeth M. Petculescu, is a citizen of the State of *(name)* Arizona.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)* Harry and David, LLC , is incorporated under the laws of the State of *(name)* Oregon , and has its principal place of business in the State of *(name)* Oregon .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Plaintiff was poisoned by chocolate covered strawberries received from Harry & David as a birthday gift on September 23, 2019 and had to be hospitalized for campylobacter as a result of eating the poisoned chocolate covered strawberries and incurred medical bills then and in follow up because the Plaintiff was pregnant at the time she was poisoned. The total amount of damages is greater than $100,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
See Attachment.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I have medical bills from the urgent care, emergency room bills, ambulance bills, hospital bills, and follow up doctor bills. I have lost wages. I have the suffering of physical sickness. The health of my baby was a constant worry for the duration of my entire pregnancy.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/15/2021

Signature of Plaintiff
Printed Name of Plaintiff     Elizabeth M. Petculescu

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# Attachment

## III. Statement of Claim

On September 18, 2019 my Mom ordered some chocolate covered strawberries and cake pops for me from Harry & David for delivery on Saturday, September 21, 2019. The delivery did not come until Monday, September 23, 2019 in the afternoon. I ate some of the strawberries and some of the cake pops. The strawberries did not seem fresh so I did not eat any more. The next day I started feeling sick. I kept feeling sicker and on September 26, 2019 I went to an urgent care. After I got home from the urgent care, they called me and told me to go to the emergency room because I may have food poisoning. I went to the emergency room and was then transported by ambulance to the hospital for treatment. I was diagnosed with campylobacter and treated. I had to follow up with a high risk doctor for my pregnancy.